IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BENJAMIN ROGERS, #286 497, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-853-WHA |
| | ) | |
| WARDEN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 18, 2019, the Magistrate Judge filed a Recommendation (Doc. 9) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Court adopts the Recommendation and the Motion for Preliminary Injunction (Doc. 1) is DENIED.

This case is referred to the Magistrate Judge for further proceedings.

Done, this 11th day of December 2019.

        /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE