IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN ROGERS, #286 497, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-853-WKW |
| ) | [WO] |
| WALDEN BALDWIN, CAPTAIN ) | |
| LUCKY, and OFFICER MOSS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 22, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 37.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 31st day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE